11 CIV 6945

JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-12
```

ACE PROPERTY & CASUALTY INSURANCE
COMPANY (f/k/a CIGNA PROPERTY &
CASUALTY INSURANCE COMPANY), as
Successor in Interest to CENTRAL NATIONAL
INSURANCE COMPANY OF OMAHA, as
respects policies issued through CRAVENS,
DARGAN & COMPANY, PACIFIC COAST,

    Petitioner,

v.

GLOBAL REINSURANCE CORPORATION OF
AMERICA, U.S. BRANCH (F/K/A GERLING
GLOBAL REINSURANCE CORPORATION, U.S.
BRANCH),

    Respondent.

CIVIL ACTION NO.

ORDER

## ORDER

AND NOW, this 25th day of July, 2012, upon consideration of ACE Property & Casualty Insurance Company, as successor in interest to Central National Insurance Company of Omaha's ("CNIC") Petition to Confirm the arbitral Final Award ("Final Award"), dated June 3, 2011, entered in the arbitration between CNIC and Respondent Global Reinsurance Corporation of America, U.S. Branch (f/k/a Gerling Global Reinsurance Corporation, U.S. Branch) ("Global"), regarding billings under the facultative excess of loss reinsurance contracts Global Certificates Nos. 73-30924 and 73-30925, it is hereby ORDERED and DECREED as follows:

    1.    CNIC's Petition to Confirm Arbitration Award is GRANTED; and

8135546v.1

2. This Court hereby CONFIRMS, pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, the Final Award, which was issued June 3, 2011. *The Clerk of Court is directed to enter judgment and terminate this case.*

DATED *New York, New York*
*July 25, 2012*

UNITED STATES DISTRICT COURT:

_____, U.S.D.J.

*Paul Crotty*

Part I ( 7-16 — 7-29 )

8135546v.1